## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

### CASE NO.:  3:21-cv-00182

MORGAN HOWARTH,

       Plaintiff,

v.

AUGUSTINE ALARM, FIRE &
SOUND INC.,

       Defendant.

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MORGAN HOWARTH by and through his undersigned counsel,

brings this Complaint against Defendant AUGUSTINE ALARM, FIRE & SOUND

INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiff MORGAN HOWARTH ("Howarth") brings this action for

violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy

and distribute Howarth's original copyrighted Work of authorship.

2.    Based in the Washington D.C. area, Howarth has been a photographer

for over 25 years and focuses on interior and architecture work.  His rich and

illustrative style brings architecture to life by combining a multitude of separately

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

lit images into one perfect shot.  Howarth has worked as a photographer for a multitude of national clients including Timex, Sears Catalog, The Lenox Hotel, Cole Haan Shoes, GH Bass Shoes, Timberland Shoe, CBS, and Home & Design Magazine, and has been exposed to many beautiful people and places throughout his career.  However, he still considers the best part of any assignment to be the client's final "Wow!"

3. Howarth uses a combination of tungsten, daylight, and strobe light to create the best possible natural looking light to suit the needs of each room or scene.  This process takes several different exposures and lighting set-ups per image which are then combined into one Hi-Res image.

4. Defendant AUGUSTINE ALARM, FIRE & SOUND INC. ("Augustine Alarm") is a commercial and residential burglar alarm installation and monitoring company with over 35 years of personal service in the security industry.  At all times relevant herein, Augustine Alarm owned and operated the internet website located at the URL www.augustinealarm.com (the "Website").

5. Howarth alleges that Augustine Alarm copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Augustine Alarm committed the violations alleged in connection with Augustine Alarm's business for purposes of advertising and promoting sales to the public in the course and scope of Augustine Alarm's business.

**SRIPLAW**
Cᴀʟɪғᴏʀɴɪᴀ ♦ Gᴇᴏʀɢɪᴀ ♦ Fʟᴏʀɪᴅᴀ ♦ Tᴇɴɴᴇssᴇᴇ ♦ Nᴇᴡ Yᴏʀᴋ

## JURISDICTION AND VENUE

6.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.      Defendant is subject to personal jurisdiction in Florida.

9.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10.      Augustine Alarm, Fire & Sound Inc. is a Florida Corporation, with its principal place of business at 312 Elementary Way, Saint Augustine, Florida, 32086, and can be served by serving its Registered Agent, Mr. John T. Halbrooks, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

11.      In 2011, Howarth created the photograph entitled "BDI_Shot_6_Light_Z," which is shown below and referred to herein as the "Work".



12.     Howarth registered the Work with the Register of Copyrights on

September 28, 2011 and was assigned the registration number VA 1-803-266.  The

Certificate of Registration is attached hereto as Exhibit 1.

13.     Howarth's Work is protected by copyright but is not otherwise

confidential, proprietary, or trade secrets.

14.     At all relevant times Howarth was the owner of the copyrighted Work

at issue in this case.

## INFRINGEMENT BY DEFENDANT

15.     Augustine Alarm has never been licensed to use the Work at issue in

this action for any purpose.

16.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Augustine Alarm copied the Work.

17.     On or about October 14, 2020, Howarth discovered the unauthorized use of his Work on the Website's Home Theater/Surround Sound page.  Upon information and belief, the Work was uploaded to the Website in June of 2015.

18.     Augustine Alarm copied Howarth's copyrighted Work without Howarth's permission.

19.     After Augustine Alarm copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its security industry business.

20.     Augustine Alarm copied and distributed Howarth's copyrighted Work in connection with Augustine Alarm's business for purposes of advertising and promoting Augustine Alarm's business, and in the course and scope of advertising and selling products and services.

21.     Howarth's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

22.     Augustine Alarm committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

23.     Howarth never gave Augustine Alarm permission or authority to copy, distribute or display the Work at issue in this case.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

24.     Howarth notified Augustine Alarm of the allegations set forth herein on November 23, 2020. To date, the Parties have failed to resolve this matter. A Copy of the Notice to Augustine Alarm is attached hereto as Exhibit 3.

COUNT I
**COPYRIGHT INFRINGEMENT**

25.     Howarth incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26.     Howarth owns a valid copyright in the Work at issue in this case.

27.     Howarth registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28.     Augustine Alarm copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

29.     Augustine Alarm performed the acts alleged in the course and scope of its business activities.

30.     Augustine Alarm's acts were willful.

31.     Howarth has been damaged.

32.     The harm caused to Howarth has been irreparable.

WHEREFORE, the Plaintiff Morgan Howarth prays for judgment against the Defendant Augustine Alarm, Fire & Sound Inc. that:

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

a.      Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.      Defendant be required to pay Plaintiff his actual damages and Augustine Alarm's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.      Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.      Plaintiff be awarded pre and post-judgment interest; and

e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 24, 2021                    Respectfully submitted,


                                            */s/Joel B. Rothman*
                                            JOEL B. ROTHMAN
                                            Florida Bar Number 98220
                                            joel.rothman@sriplaw.com
                                            CRAIG A. WIRTH
                                            Florida Bar Number:  125322
                                            craig.wirth@sriplaw.com
                                            MEIR TEITELBAUM

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

Florida Bar Number:  1022915
meir.teitelbaum@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Morgan Howarth*